EMILIO M. GARZA, Circuit Judge,
specially concurring:
I agree that our opinion in Rhodes v. Guiberson Oil Tools, 75 F.3d 989 (5th Cir.1996) (en banc), “allows for the extremely rare situation where a finding of pretext will not permit a reasonable inference of discrimination.” Maj. op. at 734. However, I persist in the following observation:
I fail to understand how the Court can logically conclude that a jury—that is “permitted” to reach a specific inference through the focused Title VII framework at work in [St. Mary’s Honor Ctr. v. ] Hicks [, 509 U.S. 502, 511, 113 S.Ct. 2742, 2749, 125 L.Ed.2d 407 (1993) ]—could at the same time be acting outside the broad umbrella of “reasonableness” established by Boeing.”
Rhodes, 75 F.3d at 998 n. 2 (Garza, J., specially concurring). Therefore, I concur in the judgment only.